UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN GODDARD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-cv-0643 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| BUTLER MANUFACTURING CO., | ) | ORDER GRANTING DISMISSAL |
| | ) | PURSUANT TO STIPULATION |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice in its entirety, with each party to bear their own costs and attorney fees.

Dated: August 25, 2006           /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1